DOWNEY BRAND LLP
MATTHEW G. JACOBS (BAR NO. 122066)
JEAN M. HOBLER (BAR NO. 214106)
ERIK P. KHOOBYARIAN (BAR NO. 226749)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Defendant
WESLEY SINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARRA PANTHAKY AND WESLEY SINE,<br><br>    Defendants. | Case No. S-02-0079-FCD<br><br>**STIPULATION EXTENDING DEADLINES AND CONTINUING HEARINGS; ORDER**<br><br>"AS MODIFIED" |

The parties hereby stipulate to the following continuances:

The hearing on Defendant Wesley Sine's post-trial motions (filed May 2, 2005), currently set for June 6, 2005 at 9:30 a.m., shall be continued to July 11, 2005, at 2:00 p.m. The government's opposition to the motions is to be filed by June 10, 2005. The defendants' replies, if any, are to be filed by June 24, 2005.

Sentencing shall be continued to July 11, 2005, at 2:00 p.m., with the standard schedule to apply to the release of the draft and final versions of the presentence report and any objections thereto based on this new sentencing date.

So stipulated.

677630.2

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 13, 2005 | DOWNEY BRAND LLP |
| 3 | | |
| 4 | | By: /s/ Matthew G. Jacobs |
| | | MATTHEW G. JACOBS |
| 5 | | Attorney for Defendant |
| | | WESLEY SINE |
| 6 | DATED: May 13, 2005 | FEDERAL DEFENDERS OFFICE |
| 7 | | ASSISTANT FEDERAL DEFENDER |
| 8 | | |
| 9 | | By: /s/ Matthew Bockman |
| | | MATTHEW BOCKMAN |
| 10 | | Attorney for Defendant |
| | | DARRA PANTHAKY |
| 11 | | |
| 12 | DATED: May 13, 2005 | UNITED STATES ATTORNEY |
| | | McGREGOR W. SCOTT |
| 13 | | |
| 14 | | By: /s/ John K. Vincent |
| 15 | | JOHN K. VINCENT |
| | | Assistant U.S. Attorney |
| 16 | | Attorney for the Government |

(Lines 17–28 blank)

DOWNEY BRAND LLP

677630.2

**ORDER**

IT IS SO ORDERED.

DATED: May 17, 2005             /s/ Frank C. Damrell Jr.             .
                                HON. FRANK C. DAMRELL, JR.
                                United States District Judge