UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRA PANTHAKY, et al.,<br><br>Defendants. | No. 2:02-cr-00079-KJM<br><br>ORDER DIRECTING CLERK TO DISBURSE MONIES FROM UNCLAIMED FUNDS ACCOUNT |

On October 24, 2015, the court entered an amended judgment and commitment as to defendant Wesley Sine, ECF No. 168, and, on February 7, 2006, a second amended judgment and commitment as to defendant Darra Panthaky, ECF No. 174, both of which order defendants to make restitution to, among others, victims Benson Duruaku, Frederick Brubaker and Joe Corbitt. After exhaustive efforts to locate these victims without success, the Clerk's Office moved their available restitution funds to an unclaimed funds account. Recently, however, the United States Attorney's Office has apprised the court of the victims' most current addresses; therefore, the restitution funds are once again ready for distribution.

Accordingly, the Clerk of the Court is hereby directed to disburse monies held in the court's unclaimed funds account for Benson Duruaku, Frederick Brubaker and Joe Corbitt to them at the updated addresses on file with the court's financial department.

1

IT IS SO ORDERED.

DATED: September 10, 2019.

_____
UNITED STATES DISTRICT JUDGE